UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ANTHONY B. COLEMAN,            )
                               )
    Plaintiff,             )   2:10-cv-1715-PMP-RJJ
                               )
vs.                            )
                               )
AMERICAN HOME MORTGAGE         )
SERVICING INC., etc., *et al*.,  )   O R D E R
                               )
    Defendant,             )
_____)

    This matter was referred to the undersigned Magistrate Judge on an Application to Proceed *Informa Pauperis* (#1).

    The Court having reviewed the Application (#1) and good cause appearing therefore,

    IT IS HEREBY ORDERED that on or before November 12, 2010, Plaintiff, Anthony B. Coleman shall complete and file the long form *Informa Pauperis* Application. The Clerk shall include a blank copy of this form along with a copy of this Order. Plaintiff is advised that failure to complete and file the long form IFP may result in a recommendation that this case be dismissed.

    IT IS FURTHER ORDERED that a status hearing is scheduled for November 15, 2010, at 1:30 PM before the undersigned Magistrate Judge in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada. Plaintiff is advised that failure to attend this hearing may result in a recommendation that this case be dismissed.

. . . .

. . . .

1    IT IS FURTHER ORDERED that the Clerk shall serve a copy of this order on the
2  Plaintiff, Anthony B. Coleman, by certified mail return receipt requested.
3    DATED this 12th day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge