ANTHONY COLEMAN
6136 BENCHMARK WAY
NORTH LAS VEGAS, NV 89031
Attorney pro se
Tel. 310-686-1643

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### LLOYD D. GEORGE U.S. COURTHOUSE

| | |
|---|---|
| ANTHONY COLEMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; T.D. SERVICE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,INC., AMERICAN HOME MORTGAGE ACCEPTANCE INC.; and DOES 1-25<br><br>　　　　Defendants, | Case No. 2:10-CV-1715 PMP-RJJ<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)<br><br>DATE: 11/10/2010 |

　　**PLEASE TAKE NOTICE** that Plaintiff ANTHONY COLEMAN ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.;T.D. SERVICE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,INC., AMERICAN HOME MORTGAGE ACCEPTANCE INC.; and DOES 1-25.

　　Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:
　　**(a) Voluntary Dismissal.**
　　**(1)** *By the Plaintiff.*
　　　　**(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable
　　　　federal statute, the plaintiff may dismiss an action without a court order by filing:
　　　　　　(i) a notice of dismissal before the opposing party serves either an answer or a motion for
　　　　　　summary judgment
　　　　　　　　*　　　　　*　　　　　*

　　Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: November 10, 2010

By: /s/ Anthony Coleman
ANTHONY COLEMAN
Attorney pro se

# CERTIFICATE OF SERVICE

I, ANTHONY COLEMAN, PLANTIFF IN PROPER PERSON, certify that on October 25, 2010, I served the above and foregoing *Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)*, by causing true and accurate copies of such paper to be filed with the court and mailed to the persons shown below via first class mail, on this the 25th day of October, 2010.

**AMERICAN HOME MORTGAGE SERVICING, INC.**
P.O. Box 631730
Irving, TX 75063-1730

**POWER DEFAULT SERVICES, INC.**
1525 South Beltline Road
Coppell, TX 75019

**T.D. SERVICE COMPANY**
1820 East First Street, Suite 210
P.O. Box 11988
Santa Ana, CA 92711-1988

**MERS**
1820 East First Street, Suite 210
P.O. Box 2026
Flint, MI, 48501-2026

**AMERICAN HOME MORTGAGE ACCEPTANCE, INC.**
538 Broadhollow Road
Melville, NY 11747

Dated: November 10, 2010

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE
Dated: November 15, 2010.

By: _____
ANTHONY COLEMAN
Attorney pro se